```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05785
   DOROHN A ARMSTEAD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-2350


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/11/2008 and was not confirmed.

     The case was dismissed without confirmation 05/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
BALLYS                     UNSECURED        NOT FILED           .00           .00
SBC                        UNSECURED        NOT FILED           .00           .00
WELLS FARGO FINANCIAL      UNSECURED        NOT FILED           .00           .00
MILOS KLIPIC               NOTICE ONLY      NOT FILED           .00           .00
MIRANDA B ASHLEY           NOTICE ONLY      NOT FILED           .00           .00
WESTLAKE FINANCIAL SERVI   SECURED VEHIC         .00            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         2857.03             .00           .00
VILLAGE OF ELWOOD          PRIORITY         NOT FILED           .00           .00
CITY OF CHICAGO PARKING    PRIORITY         NOT FILED           .00           .00
RMI/MCSI                   PRIORITY         9935.00             .00           .00
VILLAGE OF WESTMONT        PRIORITY         NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        1819.34             .00           .00
MARTIN J OHEARN            DEBTOR ATTY           .00                          .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                      ---------------          ---------------
TOTALS                      .00                     .00



                PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 05785 DOROHN A ARMSTEAD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |